**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MATTHEW AMOAKO AFFUM,**<br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 26CV3307** |

**O R D E R**

**AND NOW**, this 24th day of November, 2026, upon consideration of Defendants' Motion to Dismiss (ECF Nos. 23 & 26), and Plaintiff's Response in Opposition thereto (ECF No. 25), for the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** for **LACK OF JURISDICTION**.

The Clerk is **ORDERED** to **TERMINATE** this case.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**